IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR LEE HICKS, | ) | 1:08-CV-0611-OWW WMW HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING |
| | ) | FINDINGS AND |
| vs. | ) | RECOMMENDATIONS RE |
| | ) | DISMISSAL OF PETITION |
| | ) | |
| J. LOPEZ, | ) | [Doc. 5] |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 13, 2008, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has

conducted a de novo review of this case.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on June 13, 2008, are adopted in full;
2. The Petition for Writ of Habeas Corpus is DISMISSED without prejudice to Petitioner's right to file an appropriate civil rights action;
3. The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   September 16, 2008**               /s/ Oliver W. Wanger
                                                                UNITED STATES DISTRICT JUDGE

2